UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MEGAN STERNGAST,<br>  a/k/a "Megan - E Village,"<br><br>Defendant. | **ORDER**<br><br>25 Cr. 40-4 (VSB) |

Upon the motion of the defendant, Megan Sterngast, made to this Court in Dkt. 25, and with the consent of Matthew Podolsky, United States Attorney, by Assistant United States Attorney Joseph H. Rosenberg, the Court hereby ORDERS the following:

1. Upon the Government's agreement that the relevant writ of habeas corpus *ad prosequendum* for Sterngast has been satisfied, the U.S. Marshals Service shall release Sterngast from their custody to the custody of law enforcement officers from the Drug Enforcement Administration ("DEA") and any other law enforcement officers assisting the DEA agents (the "Agents"), as soon as practicable after the writ is declared satisfied.

2. The Agents shall transport Sterngast back to the state facility from which she came, so that Sterngast can complete her state sentence.

4. Seven days before the completion of Sterngast's state sentence, *i.e.*, seven days before Sterngast is to be released from state custody, Sterngast's lawyer in this matter, Lisa Scolari, Esq., must file a letter on the docket in this case notifying the Government and the Court about Sterngast's release date.

1

5. The day before the completion of Sterngast's state sentence, *i.e.*, the day before Sterngast is to be released from state custody, Attorney Scolari must file another letter on the docket in this case notifying the Government and the Court about Sterngast's release date.

6. At the completion of Sterngast's state sentence, Sterngast consents to being released into the custody of law enforcement officers from the DEA and any other law enforcement officers assisting the DEA agents. Sterngast has consented to her detention in this federal matter (*see* Dkt. 16). Accordingly, this Order is intended to serve as a federal detainer that should be "lodged" against Sterngast, much as a federal arrest warrant would be.

7. At the completion of Sterngast's state sentence, the DEA and other agents picking up Sterngast from state custody will return Sterngast to the custody of the U.S. Marshals Service. Sterngast consents to her continued federal detention in this matter, without prejudice to making a future bail application once back in federal custody.

SO ORDERED.

Dated:  New York, New York
        March  6 , 2025

_____
HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK