**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

June 10, 2025

Hon. Vernon S. Broderick
United States District Court
40 Foley Squar.
New York, N.Y. 10007
*via ECF*

                    Re: United States v. Megan Sterngast,
                           25 Cr. 40 (VSB)

Your Honor:

     Currently, Ms. Sterngast is still in Bedford Hills as her release has been delayed and there is no information about a predicted release date. I write to request a change to the Court's March 6, 2025 order (ECF #28) paragraph 4 that states:

> Seven days before the completion of Sterngast's state sentence, *i.e.*, seven days before Sterngast is to be released from state custody, Sterngast's lawyer in this matter, Lisa Scolari, Esq., must file a letter on the docket in this case notifying the Government and the Court about Sterngast's release date.

     I don't objection to providing notice but, it may be impossible to do so seven days in advance, as was the case due to the late information I received regarding her recent release date. Based on that experience, I don't believe that I will be able to learn the date seven days in advance. Therefore, I request the Court modify the Order to say:

> Defense counsel shall notify the Court and government by filing a letter on ECF as soon as practicable after learning of the date of Ms. Sterngast's release from state custody.

                              Respectfully,
                              *Lisa Scolari*
                              Lisa Scolari

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J. 6/11/2025

Defense counsel shall notify the Court and government by filing a letter on ECF as soon as practicable after learning of the date of Ms. Sterngast's release from state custody.