UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                               :

UNITED STATES OF AMERICA       :
                               :

      -v-                  :

                               :        25-CR-40 (VSB)

JALEN TEAGUE, CHELEIA COUNCIL   :
SANDERS, and MEGAN STERNGAST   :        **ORDER**
                               :

               Defendant.   :

                               :
--------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of Defendant Megan Sterngast's Motion to Sever.  (Doc. 57.)  The parties

should meet and confer on a proposed briefing schedule for this motion by March 20, 2026 and

file their proposed schedule, or schedules, if agreement is not reached, by March 24, 2026.

Dated:  March 17, 2026
        New York, New York

                                      _____
                                      Vernon S. Broderick
                                      United States District Judge

1