LAW OFFICES OF
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

April 15, 2025

VIA ECF & Email
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED** *[signature]*
**VERNON S. BRODERICK**
**U.S.D.J.**  04/15/2026

    Re:    United States v. Teague, et al.
        25 Cr. 40 (VSB)

Dear Judge Broderick,

I write, with the Government's consent, for the Court to permit counsel for Ms. Sterngast until Monday April 20th to file its Reply to the Government's opposition (ECF # 66) to her motion for severance (Dkt. #57). The Government as per the Court's Order filed its Opposition to her motion for severance on Monday April 13 (see Dkt. # 63). Ms. Sterngast's Reply is due to be filed today (*id.*) but that schedule was set when the status conference in this case was scheduled for April 16. The status conference in this case has now been reset for April 27th. See Dkt. # 67. Having now reviewed the Government's submission, and in as much as the conference is now not until April 27th, defense counsel seeks permission to file Ms. Sterngast's Reply on or before April 20th.

Respectfully submitted,
/s/
Donna R. Newman
Cc:  Lisa Scolari, Esq.
     Steven Brill, Esq.67.
    AUSA Joseph Rosenberg
    AUSA Rebecca Delfiner