LAW OFFICES OF
DONNA R. NEWMAN
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

October 4, 2026

VIA ECF & Email
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Megan Sterngast
25 Cr. 40 (VSB)

Dear Judge Broderick,

I am writing to request the Court reschedule the trial in this matter which is now scheduled to commence on June 1, 2027 to commence on June 14, 2027 or soon thereafter that is convenient for the Court. The Government does not take a position on this request. In the even the Court grants this request, I respectfully request the Court also reset the final pretrial conference which is now scheduled for May 18th.

Respectfully submitted,
/s/
Donna R. Newman
Cc: Lisa Scolari, Esq.
AUSA Joseph Rosenbert
AUSA Rebecca Delfiner
Megan Sterngast via first class mail

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 10/05/2026

The trial in this matter will begin on June 14, 2027 at 10:00 AM. Further, the final pretrial conference scheduled for May 18, 2027 is hereby adjourned to June 1, 2027 at 11:00 AM. The adjournment is necessary to allow defense counsel to prepare for trial. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between June 1, 2027 and June 14, 2027 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.