LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

October 28, 2026

Hon. Vernon S. Broderick
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

Re: United States v. Megan Sterngast,
25 Cr. 40 (VSB)

Your Honor:

I write on behalf of Megan Sterngast to request a conference to address a potential change of counsel. Ms. Disla has indicated that November 9, 2026 at 10:30 is a date and time convenient for the Court. Therefore we request a conference on that date.

The Court has previously excluded time to the trial date of June 14, 2027.

Respectfully,
Lisa Scolari
Lisa Scolari
Donna Newman
Counsel for Megan Sterngast

**APPLICATION GRANTED**
**SO ORDERED** [signature]
**VERNON S. BRODERICK**
**U.S.D.J.** 10/29/2026

A change of counsel hearing is scheduled for November 9, 2026 at 10:30 AM.